## ROBERT SAWYER ET AL. *v.* STONINGTON ON THE RIVER, INC.
(10299)

DUPONT, C. J., FOTI and HEIMAN, Js.

Argued December 11—decision released December 31, 1991

*Leon M. Kaatz,* for the appellants (plaintiffs).
*Judith D. Meyer,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.